1 | GEOFFREY A. BEATY, ESQ. (State Bar No. 89997)
LISA T. UNGERER, ESQ. (State Bar No. 100401)
2 | RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
1333 Broadway, Suite 600
3 | Oakland, CA 94612
Telephone: (510) 465-3922
4 | Facsimile: (510) 452-3006

5 | Attorney for Plaintiff MICHAEL R. ANDEREGG

6 | STEVEN R. FELDSTEIN (Bar No. 59354)
HELLER EHRMAN LLP
7 | 275 Middlefield Road
Menlo Park, CA 94025-3506
8 | Telephone: (650) 324-7000
Facsimile: (650) 324-0638

9 | GREG J. RICHARDSON (Bar No. 203788)
10 | MICHELLE A. ROJAS, ESQ. (Bar No. 215365)
HELLER EHRMAN LLP
11 | 333 Bush Street
San Francisco, CA 94104-2878
12 | Telephone: (415) 772-6000
Facsimile: (415) 772-6268

13 |
14 | Attorneys for Defendant MOORS & CABOT, INC.

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | SAN FRANCISCO DIVISION

18 |

19 | MICHAEL R. ANDEREGG,                  Case No. C 04-01929 CRB
                                        *E-FILING*
20 |                     Plaintiff,
                                        **JOINT REQUEST OF PLAINTIFF**
21 |          vs.                        **AND DEFENDANT FOR**
                                        **ASSIGNMENT TO SETTLEMENT**
22 | MOORS & CABOT, INC.,                **CONFERENCE**

23 |                                     Date:
                    Defendant.          Location:      19th Floor, Courtroom 8
24 |                                     The Honorable Charles R. Breyer

25 | **Pursuant to ADR Local Rules 7-2 and 7-3 the parties jointly request that this**

26 | **matter be assigned to a settlement conference judge.**

27 |

28 |          //

SECOND JOINT FRCP 26(f) REPORT, CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] CASE
MANAGEMENT ORDER / Case No. C 04-01929 CRB

Case 3:04-cv-01929-CRB   Document 45   Filed 07/05/05   Page 2 of 3

Case 3:04-cv-01929-CRB   Document 44   Filed 06/29/2005   Page 7 of 7  P.03/04
JUN-22-2005  16:18   HEUM LLP SF 28FLOOR
Case 3:04-cv-01929-CRB   Document 41   Filed 06/23/2005   Page 2 of 3

1       A mediation was held in this action in February 2005, but the case did not settle.

2  This matter was recently set for trial to occur on December 5, 2005 and ordered to complete

3  further alternative dispute resolution by August 31, 2005.  Counsel have conferred and

4  agreed to jointly request that the Court assign the case to a settlement conference judge.

5       The parties respectfully offer to coordinate with the settlement conference judge in

6
7  scheduling the settlement conference in this matter.  In an effort to offer the Court

8  appropriate dates, the parties have conferred and determined that both parties and their

9  counsel are available on August 11 and 12, 2005 for settlement conference should either

10  prove to be an acceptable date to the Court.  If other dates are desirable to the Court, counsel

11
12  will work together to assist in scheduling.

13

14

15  Dated:  June 22, 2005            RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

16

17  By _____
          GEOFFREY A. BEATY

18           LISA T. UNGERER
          Attorney for Plaintiff

19           MICHAEL R. ANDEREGG

20

21
22  Dated:  June 22, 2005            HELLER EHRMAN LLP

23  By _____
          STEVEN R. FELDSTEIN

24           GREG J. RICHARDSON
          MICHELLE A. ROJAS

25           Attorneys for Defendant
          MOORS & CABOT, INC.

26

27

28

1

[PROPOSED] ORDER

Based on the foregoing stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED that the Settlement Conference is continued to August ___, 2005, and that the Settlement Conference Statement is due August ___, 2005. A demand by Plaintiff must be served by _____, 2005, with a response from Defendant due by _____, 2005.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE

**DENIED**

_Bernard Zimmerman_

**Bernard Zimmerman**
**United States Magistrate** Judge

_7/5/05_
_____
**Date**

Heller
Ehrman LLP

-4-