STEVEN R. FELDSTEIN (Bar No. 59354)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MARY F. RILEY (Bar No. 195874)
GREG J. RICHARDSON (Bar No. 203788)
MICHELLE A. ROJAS (Bar No. 215365)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
MOORS & CABOT, INC.

GEOFFREY A. BEATY, ESQ. (No. 84997)
LISA T. UNGERER, ESQ. (No. 100401)
RANKIN, SPROAT, MIRES, BEATY & REYNOLDS
1333 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 465-3922
Facsimile: (510) 452-3006

Attorneys for Plaintiff
MICHAEL R. ANDEREGG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL R. ANDEREGG, <br><br> Plaintiff, <br><br> vs. <br><br> MOORS & CABOT, INC., <br><br> Moors & Cabot. | Case No.: C 04-01929 CRB <br><br> JOINT STIPULATION AND [PROPOSED] ORDER FOR REASSIGNMENT OF SETTLEMENT CONFERENCE JUDGE <br><br> The Honorable Charles R. Breyer <br> Trial Date:   December, 2005 |

The parties, Plaintiff Michael Anderegg and Defendant Moors & Cabot, Inc., through their attorneys of record, hereby stipulate and request that the Court order as follows:

1. On June 3, 2005, a Case Management Conference was held in this matter. At that time, the Court ordered the parties to engage in some form of alternative dispute resolution in August 2005.

2. Pursuant to the June 3rd Order, on June 22, 2005 the parties submitted a joint stipulation requesting that this case be referred to a settlement conference judge for the scheduling of a settlement conference. (A copy of the joint stipulation is attached as Exhibit A for the Court's convenience.) In their stipulation, the parties requested that the settlement conference be scheduled for either August 11 or 12, 2005, based on their mutual availability on those dates.

3. Thereafter, the case was assigned to Magistrate Judge Bernard Zimmerman, and pursuant to Judge Zimmerman's June 24, 2005 *Order Scheduling Settlement Conference*, a settlement conference was scheduled in this action for July 12, 2005 at 9:00 a.m.

4. Mary F. Riley, lead trial counsel for Moors & Cabot, is unavailable for the settlement conference as presently scheduled on July 12. Due to commitments in other pending matters, as well as a pre-planned vacation, Ms. Riley is not available for a settlement conference in this case prior to the previously agreed upon dates of August 11 and August 12.

5. Additionally, the parties agree that holding the settlement conference prior to August 11 or 12, will not allow the parties sufficient time to adequately prepare for the settlement conference. The parties believe an August 11 or 12 settlement conference date will allow them the necessary time to meaningfully prepare for and participate in the settlement conference.

6. For these reasons, on June 29, 2005, the parties filed a joint stipulation requesting a continuance of the settlement conference to August 11 or 12. Due to Judge Zimmerman's unavailability in August, the request for a continuance was denied. However, to accommodate counsel's schedules, Judge Zimmerman offered to continue the settlement conference to October 6, 2005. Counsel for Plaintiff is unavailable for a settlement

-2-

1  conference on that date.

2      7.    Because of Defendant's counsel's unavailability for a settlement conference
3  before August 11 or 12, 2005, and the parties' concerns that a settlement conference on July
4  12, 2005 will not allow sufficient time for meaningful participation by the parties in the
5  settlement conference, the parties, through their attorneys of record, hereby stipulate to and
6  respectfully request that the Court reassign this case to a magistrate judge who is available
7  for a settlement conference on August 11 or 12, 2005, or on some other date thereafter in
8  August.

9  DATED: July 6, 2005

    HELLER EHRMAN LLP

By _____
MARY F. RILEY
MICHELLE A. ROJAS
Attorneys for Defendant
MOORS & CABOT, INC.

DATED: July 6, 2005

RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By _____
GEOFFREY A. BEATY
LISA T. UNGERER
Attorneys for Plaintiff
MICHAEL R. ANDEREGG

Heller Ehrman LLP

-3-

JOINT STIPULATION AND [PROPOSED] ORDER FOR REASSIGNMENT OF SETTLEMENT CONFERENCE JUDGE:

PAGE 2/2 * RCVD AT 7/6/2005 1:05:22 PM [Pacific Daylight Time] * SVR:SFCS03/0 * DNIS:3868 * CSID:5104523006 * DURATION (mm-ss):00-42

## [~~PROPOSED~~] ORDER

Based on the foregoing stipulation between the parties, and good cause appearing, IT IS HEREBY ORDERED that the case is reassigned from Judge Bernard Zimmerman to a magistrate judge who is available for a settlement conference on August 11 or 12, or some other date thereafter in August.

DATED: July 07, 2005



_____
UNITED STATES DISTRICT JUDGE

Heller Ehrman LLP

-4-

JOINT STIPULATION AND [PROPOSED] ORDER FOR REASSIGNMENT OF SETTLEMENT CONFERENCE JUDGE:
CASE NO.: 04-01929 CRB