STEVEN R. FELDSTEIN (Bar No. 59354)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638

MARY F. RILEY (Bar No. 195874)
MICHELLE A. ROJAS (Bar No. 215365)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
MOORS & CABOT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL R. ANDEREGG,<br><br>   Plaintiff,<br><br>vs.<br><br>MOORS & CABOT, INC.,<br><br>   Defendant. | Case No. C 04-01929 CRB<br>*E-FILING*<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>The Honorable Charles Breyer<br><br>Trial Date: December 5, 2005<br>Time:  8:30 a.m. |

Heller
Ehrman
LLP

STIPULATION FOR DISMISSAL WITH PREJUDICE; CASE NO. C 04-01929 CRB

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Michael Anderegg and Defendant Moors & Cabot, Inc., through their respective counsel of record, hereby stipulate to a dismissal with prejudice of all claims brought in this action, and respectfully request the Court enter an Order dismissing the entire action with prejudice.

DATED: September 13, 2005    RANKIN, SPROAT, MIRES, BEATY & REYNOLDS

By: _____
Geoffrey Beaty
Attorney for Plaintiff
MICHAEL R. ANDEREGG

DATED: September 15, 2005    HELLER EHRMAN LLP

By: _____
Steven R. Feldstein
Mary F. Riley
Michelle A. Rojas
Attorneys for Defendant
MOORS & CABOT, INC.

SO ORDERED.

Dated: September 16, 2005        _____
United States Judge Charles R. Breyer

APPROVED

STIPULATION FOR DISMISSAL WITH PREJUDICE; CASE NO. C 04-01929 CRB